FIL ED
CLERK, U.S. DISTRICT COURT

FEB 1 3 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY



04-CR-00229-DSGNTN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID STRUCKMAN,<br><br>Defendants. | Case No. CR04-00229-RMT<br><br>ORDER DENYING DEFENDANT'S MOTION FOR TEMPORARY RELEASE TO PREPARE FOR TRIAL |

This matter has come before the court on the motion filed January 31, 2007 by defendant David Struckman ("Defendant") for temporary release to prepare for trial, by which Defendant renews his previously filed motion for the same relief. Def's Motion or Docket # 277. The court finds that Defendant's motion should be denied for the following reasons:

Although Defendant contends that the Federal Detention Facility is not conducive to pretrial preparation with Defendant's counsel, the response from the warden of such facility indicates otherwise.

According to Warden Robert J. Palmquist, rooms are available and may be reserved by counsel, upon request. Letter from Robert J. Palmquist, attached as Part 4 to Defendant's Motion, at 1. A reserved room would ensure that the communications between attorney and client remain confidential.

1    Similarly, Warden Palmquist states that the facility has two laptop computers to

2   be used in the Visiting Room area.  Although Defendant indicates that there is "no

3   assurance the computer will be available for any length of time on any given day," Def's

4   Motion at 2, Warden Palmquist does not state that the laptops may not be reserved.

5   Presumably if a room in the Visiting Room area may be reserved, so could Defendant

6   reserve a laptop to be used in that reserved room.

7    While the court recognizes that the present case may entail large amounts of

8   information and documents, and while defense counsel may choose a specific type of

9   software to access such information, defense counsel should be able to download the

10  necessary documents into digital media.  In turn, such media may be used at the laptop

11  computer available to inmates and their counsel for their use at the facility.

12   The court recognizes that preparation for trial and attorney-client confidentiality

13  are of utmost importance.  However Warden Palmquist's letter indicates that the

14  following accommodations can be made for Defendant:

15   1) a room can be made available for the use of Defendant and his counsel for the

16  dates indicated by Defendant;

17   2) a laptop can be made available for Defendant's use for trial preparation.

18  Warden Palmquist shall take reasonable steps to ensure that the information to be

19  reviewed by Defendant and his counsel remains confidential;[1] and

20   3) additional arrangements can be made upon proper request.

21   Accordingly,

22   IT IS ORDERED that Defendant's Motion for Temporary Release is hereby

23  DENIED;

24   IT IS FURTHERED ORDERED that government assist Defendant's counsel by

25  communicating Defendant's request to Warden Robert J. Palmquist or his designated

26

27    [1] Reasonable steps may include the use of passwords to log in and out of the
available laptop, which would then make the information accessed by a particular
28  individual inaccessible to other individuals, provided the first user logs out.

2

1 | personnel, at the Federal Detention Center in Seattle, Washington, where Defendant is

2 | in custody.

3

4 | Dated: February 13, 2007.

5 | _____

6 | ROBERT M. TAKASUGI
United States District Sr. Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28