# FILED

## UNITED STATES COURT OF APPEALS

AUG 25 2010

### FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-30312 |
| Plaintiff - Appellee, | D.C. No. 2:04-cr-00229-RMT-02 Western District of Washington, Seattle |
| v. | |
| DAVID STRUCKMAN, | |
| Defendant - Appellant. | ORDER |

Before: O'SCANNLAIN, KLEINFELD and BERZON, Circuit Judges.

The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on it.

The petition for petition for rehearing en banc is, therefore, DENIED.